11-12742, Gillio, LAURENCE FRANK, JR

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**Rabobank, N.A.** 106
90 E Thousand Oaks Blvd, Ste 300, Thousand Oaks, CA 91360 90-3715 / 1222

AARON CAILLOUET, Trustee
526 GREEN STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding TID # 380220
GILLIO, LAURENCE FRANK, JR. (11-12742 B) Date 10/07/2013
5004179766
Unclaimed funds $ *******4,489.07

~~~Four Thousand Four Hundred Eighty-Nine Dollars and 07/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆237659⑆ 5004179766⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 231736 — JN
* * C O P Y * *
October 08, 2013
13:48:02

TREASURY REGFUND
11-12742
Debtor.: LAURENCE FRANK GILLIO, JR.
Trustee: Aaron Caillouet
Amount.: $4,489.07 CH
Check#.: 106

Total-> $4,489.07

FROM: CAILLOUET

DEPOSITED TO TREASURY
6047BK

Due:
Morris Curren

CVogel
10/8/13

**AARON CAILLOUET**
**BANKRUPTCY TRUSTEE**

526 GREEN STREET
THIBODAUX, LOUISIANA 70301

PHONE: (985) 446-1284
Email: aarontr@charter.net

October 7, 2013

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

                          RE: Unclaimed Funds
                          U.S.B.C. No. 11-12742
                          Gillio, Laurence Frank, Jr.

Enclosed please find a check in the amount of $4,489.07 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attempts were made to pay claim #3 to:
        Morris Curren
        518 Oak Alley Drive
        Pearl River, LA 70452

                                    Sincerely,

                                    Aaron Caillouet, Trustee

AC/sfc